**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| John Joseph Tillger, Jr. | : | |
| | : | |
| Debtor | : | Bankruptcy No. 14-12866 |

**ORDER**

AND NOW, this     day of                , 2014, it is

ORDERED that since the debtor(s) have failed to timely file the documents required by the orders dated 4/14/14 and 4/30/14, this case be and the same is hereby DISMISSED. See 11 U.S.C. 1307(c); Rule 3015(b)

_____
Bruce I. Fox
United States Bankruptcy Judge

Missing Documents:    Chapter 13 Plan
Schedules A-J
Statement of Financial Affairs
Summary of Schedules
Statement of Current Monthly Income
Statistical Summary of Certain Liabilities